B. COHN COMPANY, LIMITED   :   NO. ~~6949~~   7523.

        VERSUS   :   COURT OF APPEAL .

KATHERINE RICHARD LAZARUS.   :

. . . . . . . . .

      On joint motion of SOLOMON WOLFF, attorney for plaintiff and appellee, and BORAH, HYMEL, BLOCH & BORAH, attormeys for defendant and appellant and,

      On suggesting to the Court that this case has been settled and compromised;

      IT IS ORDERED BY THE COURT: That this suit be and the same is hereby dismissed.

*Court of Appeal.*
PARISH OF ORLEANS
FILED APR 30 1919

7523